PROB 12C
(6/16)

Report Date: October 24, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Shaunte Lamar Rowe              Case Number: 0980 2:16CR00034-WFN-2

Address of Offender:                   , Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

Original Offense:  Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

Original Sentence:  Prison - 56 days                Type of Supervision: Supervised Release
                    TSR - 60 days

Asst. U.S. Attorney:  Caitlin A. Baunsgard          Date Supervision Commenced: June 20, 2018

Defense Attorney:  Federal Defender's Office        Date Supervision Expires: June 19, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Rowe was in direct violation of special condition number 2 by testing positive for cocaine on September 26, 2019. |
| | On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer that he understood his conditions. |
| | On September 26, 2019, Mr. Rowe reported to the U.S. Probation Office and submitted a urine sample for testing, which tested positive for cocaine. He originally reported no drug use, but eventually disclosed he had used cocaine on September 24, 2019. Mr. Rowe signed a drug use admission form reflecting his use. |

Prob12C
**Re: Rowe, Shaunte Lamar**
**October 24, 2019**
**Page 2**

2     **Special Condition # 3**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Rowe was in direct violation of special condition number 3 by disclosing he consumed alcohol on September 24, 2019.

On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer that he understood his conditions

On September 26, 2019, Mr. Rowe reported to the U.S. Probation Office. He was questioned regarding his use of alcohol. At first he reported he had not consumed any alcohol, but later disclosed he had consumed alcohol on September 24, 2019. He signed an admission form reflecting his use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/24/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/8/2019
Date