FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　-vs-<br><br>SHAUNTE LEMAR ROWE,<br><br>　　　　　　　Defendant. | No.　2: 16-CR-0034-WFN-2<br><br>ORDER ON ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

　　　A supervised release violation hearing was held December 19, 2019. The Defendant, who is not in custody, was present and represented by Colin Prince; Assistant United States Attorney Caitlin Baunsgard represented the Government; United States Probation Officer Joshua Schull was also present.

　　　The Court scheduled the hearing to review a report from the United States Probation Office alleging that he violated his conditions of supervised release. At the hearing, Mr. Rowe admitted to the pending allegations. The Court noted that since the time of the violations Mr. Rowe has taken steps to avoid further problems. He is employed and engaged in treatment. The Court encouraged Mr. Rowe to participate in self-help and to stay on top of his community service hours. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

　　　**IT IS ORDERED** that:

　　　1. The Court makes **NO FINDINGS** regarding the pending alleged violations at this time.

　　　2. Probation Officer Schull shall file a status report no later than **March 20, 2020,** to advise the Court whether Mr. Rowe has maintained compliance with his conditions of supervised release.

ORDER - 1

3.  All conditions of Mr. Rowe's supervised release **REMAIN IN EFFECT**

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Joshua Schull.

**DATED** this 19th day of December, 2019.

12-19-19

*[signature]*

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2