PROB 12C
(6/16)

Report Date: March 5, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 08, 2021
SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe         Case Number: 0980 2:16CR00034-WFN-2

Address of Offender:         Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 56 days<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | June 20, 2018 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | June 19, 2023 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Rowe is allegedly in violation of special condition number 2, by testing positive for cocaine on February 26, and March 2, 2021.<br><br>On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer he understood his conditions.<br><br>On February 26, 2021, Mr. Rowe supplied a urine sample at Pioneer Human Services (PHS), which tested presumptive positive for cocaine. Mr. Rowe initially denied this use to PHS staff. On February 26, 2021, the undersigned officer made contact with Mr. Rowe and he self- disclosed cocaine use, on or about February 25, 2021. |

        On March 2, 2021, Mr. Rowe supplied another urinalysis at PHS which also tested presumptive positive for cocaine. He has denied any additional cocaine use since February 25, 2021, and reports this presumptive positive test result as residual drugs that were still in his system. The undersigned officer is awaiting the March 2, 2021, test results for further clarification.

2       **Special Condition #3**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Rowe was allegedly in violation of special condition number 3, by self-reporting the consumption of alcohol, on or about February 21, 2021.

        On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer he understood his conditions.

        On February 26, 2021, Mr. Rowe self-reported drinking alcohol on February 21, 2021. He has been reminded numerous times that alcohol use is a violation of his conditions of supervised release.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 2021

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

---

THE COURT ORDERS
[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

03/08/2021
Date