UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  -vs-<br><br>SHAUNTE LAMAR ROWE,<br><br>               Defendant. | No.   2:16-CR-0034-WFN-2<br><br>ORDER ON ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

A supervised release violation hearing was held April 19, 2021. The Defendant, who is not in custody, was present and represented by Colin Prince; Assistant United States Attorney Caitlin Baunsgard represented the Government; United States Probation Officer Joshua Schull was also present.

The Court scheduled the hearing to review a report from the United States Probation Office alleging that Mr. Rowe violated his conditions of supervised release. At the hearing, Mr. Rowe admitted to the pending violations, but reported that since then he has done well. Mr. Rowe asked to continue the hearing to allow him to demonstrate his ability to maintain compliance. The Government noted that alleged violations in a 2019 Petition technically remain pending and asked the Court that those allegations be dismissed at the request of Officer Schull. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The Court makes **NO FINDINGS** regarding any of the pending alleged violations at this time.

2. The supervised release violation hearing is **CONTINUED to July 21, 2021, at 11:00 a.m., in Spokane**, Washington.

ORDER - 1

3. All conditions of Mr. Rowe's supervised release **REMAIN IN EFFECT**.

4. The violations set forth in the Petition filed November 8, 2019, **ECF 225**, are **DISMISSED**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Joshua Schull.

**DATED** this 19th day of April, 2021.

04-19-21

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2