PROB 12C
(6/16)

Report Date: June 17, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe                Case Number: 0980 2:16CR00034-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 56 days<br>TSR - 60 days | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | June 20, 2018 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: | June 19, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/05/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Rowe is allegedly in violation of special condition number 2, by testing positive for methamphetamine on June 3, 2021. |
| | On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer he understood his conditions. |
| | On June 3, 2021, Mr. Rowe provided a urine sample that tested presumptive positive for methamphetamine. He denied any use of this illegal drug. He was informed the urine sample would be sent to Alere Toxicology Laboratory (Alere) for further testing. Mr. Rowe continued to say he has not used methamphetamine for over 6 years and that the test was wrong. |

Prob12C
**Re: Rowe, Shaunte Lamar**
**June 17, 2021**
**Page 2**

On June 14, 2021, Alere confirmed that Mr. Rowe's urine sample was positive for methamphetamine. The undersigned officer called Mr. Rowe to discuss the results of his urine sample. Mr. Rowe continued to deny any methamphetamine use and said that the lab results were wrong and he has not relapsed on illegal drugs.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/17/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/17/2021
Date