PROB 12C
(6/16)

Report Date: July 12, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shaunte Lamar Rowe | Case Number: 0980 2:16CR00034-WFN-2 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 56 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: June 20, 2018 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: June 19, 2023 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/05/2021, and 06/17/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances |
| | **Supporting Evidence**: Mr. Rowe is allegedly in violation of special condition number 2 by testing positive for methamphetamine on July 6, 2021. |
| | On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer he understood his conditions. |
| | On July 6, 2021, Mr. Rowe attended his initial appearance Court hearing. He was then instructed to meet with the undersigned officer. Mr. Rowe was then directed to supply a urine sample. He initially refused to supply a urine sample. After further discussion, he submitted a urine sample that tested positive for methamphetamine. |
| | Mr. Rowe signed a drug use admission form stating he used methamphetamine by ingesting a pill on or about July 4, 2021. |

5     **Special Condition #2**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

**Supporting Evidence**: Mr. Rowe is allegedly in violation of special condition number 2 by testing positive for cocaine on July 6, 2021.

On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer he understood his conditions.

On July 6, 2021, Mr. Rowe attended his initial appearance Court hearing. He was then instructed to meet with the undersigned officer. Mr. Rowe was directed to supply a urine sample, which he initially refused to do. After further discussion, he submitted a urine sample that tested positive for cocaine. Mr. Rowe denied any cocaine use since he last tested positive for the drug on March 2, 2021.

On July 6, 2021, the urine sample was sent to Alere Toxicology Laboratory and was confirmed positive for cocaine on July 12, 2021.

6     **Special Condition #3**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance

**Supporting Evidence**: Mr. Rowe is allegedly in violation of special condition number 3 by submitting to a Breathalyzer that reflected his blood alcohol content (BAC) level at .011 on July 6, 2021, at the U.S. Probation Office.

On June 25, 2018, Mr. Rowe was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and informed this officer he understood his conditions.

On July 6, 2021, Mr. Rowe reported for his initial appearance. After the hearing was over, Mr. Rowe was instructed to report to the U.S. Probation Office. The undersigned officer requested Mr. Rowe submit to a Breathalyzer and he did as instructed.

The undersigned officer held down the "READ" button in order to show Mr. Rowe that the device was calibrated correctly by reading at 0.00 blood alcohol content level (BAC). Mr. Rowe blew into the Alco-Sensor III device and the device registered his BAC at .011.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 12, 2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/13/2021

Date