## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe      Case Number: 0980 2:16CR00034-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

Original Offense:    Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Original Sentence:    Prison - 56 days      Type of Supervision: Supervised Release
                           TSR - 60 days

Asst. U.S. Attorney:    Caitlin A. Baunsgard      Date Supervision Commenced: June 20, 2018

Defense Attorney:    Colin Prince      Date Supervision Expires: June 19, 2023

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/05/2021, 06/17/2021 and 07/12/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

         **Supporting Evidence**: On July 14, 2021, Mr. Rowe was in alleged violation of special condition number 5 by being unsuccessfully discharged from Pioneer Human Services (PHS).

         On March 4, 2019, Mr. Rowe signed a waiver of hearing form agreeing to incorporate the above referenced condition. This condition was incorporated into Mr. Rowe's already existing conditions on March 4, 2019, by Your Honor. Mr. Rowe fully understood that he would need to successfully complete drug and alcohol counseling.

On July 14, 2021, the undersigned officer received a call from Mr. Rowe's chemical dependency counselor at PHS. After staffing his noncompliance with the director of PHS, it was decided that Mr. Rowe was not amenable to treatment at this time due to his continued illegal drug use and noncompliant behavior. As a result, PHS staff is in the process of completing Mr. Rowe's unsuccessful discharge paperwork.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/14/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 15, 2021
Date