PROB 12C
(6/16)

Report Date: April 11, 2022

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 13, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shaunte Lamar Rowe | Case Number: 0980 2:16CR00034-WFN-2 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 56 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 21, 2021) | Prison - 3 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 11, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 10, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/24/2022.

On October 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe as outlined in the judgement and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On March 23, 2022, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine.<br><br>On March 23, 2022, the offender was subject to phase urinalysis testing at Pioneer Human Services (PHS) when his assigned color was identified for testing.  According to the information received, Mr. Rowe provided a urine sample on that date that tested presumptive positive for amphetamine and methamphetamine.  The offender denied any illicit drug use and signed a denial of use form. |

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 11, 2022**
Page 2

On April 6, 2022, this officer received confirmation from the laboratory that the urine sample provided by Mr. Rowe on March 23, 2022, was in fact positive for both amphetamine and methamphetamine.

While meeting with the offender on April 7, 2022, this officer informed him of the laboratory results, but he continued to deny any drug use.

10    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 6, 2022, Shaunte Rowe allegedly violated special condition number 4 by consuming marijuana and hydrocodone, which was not prescribed to him.

On April 7, 2022, the offender reported to the U.S. Probation Office to meet with this officer as instructed. Because he failed to report for phase urinalysis testing the day prior, on April 6, 2022, Mr. Rowe was informed he would be subject to random urinalysis testing on that date. The offender stated he had just submitted to urinalysis testing at PHS a few days prior, and this officer explained that according to the conditions of his federal supervision, he could be tested up to six times per month.

Mr. Rowe subsequently admitted to the use of marijuana and hydrocodone, which he acknowledged was prescribed to his mother, on or about April 6, 2022. Prior to providing a urine sample, the offender signed an admission of use form confirming his admission.

The offender was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for both amphetamine and methamphetamine; although it tested negative for both marijuana and morphine. Mr. Rowe denied the use of methamphetamine and signed a denial of use form; as of this date, laboratory confirmation has not yet been received.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/11/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 11, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_4/13/2022_____
Date