PROB 12C
(6/16)

Report Date:  April 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe               Case Number: 0980 2:16CR00034-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

Original Offense:        Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual)
                         Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Original Sentence:       Prison - 56 days            Type of Supervision: Supervised Release
                         TSR - 60 months

Revocation Sentence:     Prison - 3 months
(July 21, 2021)          TSR - 48 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard        Date Supervision Commenced: October 11, 2021

Defense Attorney:        Colin G. Prince             Date Supervision Expires: October 10, 2025

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/24/2022 and 04/11/2022.

On October 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 11 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  On or about April 7, 2022, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine.

On April 7, 2022, the offender was informed he would be subject to random urinalysis testing at the U.S. Probation Office.  Prior to providing a urine sample, Mr. Rowe admitted to the unauthorized use of marijuana and hydrocodone.  Despite that admission, the offender was still required to submit to testing and subsequently provided a urine sample that tested presumptive positive for amphetamine and methamphetamine, which he adamantly denied.

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 25, 2022**
**Page 2**

It should be noted, the sample was negative for marijuana and morphine, which was inconsistent with Mr. Rowe's admission of use.

The offender signed a denial of use form indicating he had not consumed amphetamine and methamphetamine, and the sample was sent to the laboratory for confirmation.

On April 11, 2022, this officer received laboratory confirmation that the urine sample provided by Mr. Rowe was in fact positive for amphetamine and methamphetamine.

12      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 18, 2022, Shaunte Rowe allegedly violated special condition number 4 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On April 19, 2022, this officer received notification from Pioneer Human Services that the offender had failed to report for phase urinalysis testing on April 18, 2022, when his assigned color was identified for testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/25/2022
_____

s/Amber M.K. Andrade
_____

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

    4/26/2022
_____
Date