PROB 12C
(6/16)

Report Date: October 21, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2022

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shaunte Lamar Rowe | Case Number: 0980 2:16CR00034-WFN-2 |
| Address of Offender: ▮▮▮▮▮ Spokane, Washington 99207 | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: June 20, 2018 | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |
| Original Sentence: | Prison - 56 days<br>TSR - 60 days |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 21, 2021) | Prison - 3 months<br>TSR - 48 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: October 11, 2021 |
| Defense Attorney: | Colin Prince |
| | Date Supervision Expires: October 10, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/24/2022, 4/11/2022 and 4/25/2022.

On October 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer.<br><br>**Supporting Evidence**: On October 20, 2022, Shaunte Rowe allegedly violated standard condition number 4 by being blatantly dishonest when asked about his employment status.<br><br>On October 20, 2022, the offender reported to the U.S. Probation Office to meet with this officer as scheduled, in anticipation of his upcoming court hearing. During our meeting, Mr. Rowe was asked if there were any changes in his employment, and he advised there were no changes. In fact, when the undersigned asked the offender for copies of his most recent pay stubs to verify his continued employment, Mr. Rowe advised he would provide them to the undersigned. |

Prob12C
**Re: Rowe, Shaunte Lamar**
**October 21, 2022**
Page 2

On October 21, 2022, this officer contacted the owner of American Janitorial Professionals, LLC. The owner informed the undersigned that Mr. Rowe was no longer employed with his company as of October 14, 2022. According to the employer, the offender "didn't really want to work 8 hours," and they need a full time employee.

Shortly thereafter, on October 21, 2022, the offender was confronted about his blatant dishonesty. Mr. Rowe initially attempted to suggest that he would be getting a pay check some time that day, to which this officer explained that getting a pay check and being employed are two very different things. The offender ultimately confirmed he has not been employed since October 14, 2022.

| | |
|---|---|
| 14 | **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On October 21, 2022, it became known that Shaunte Rowe allegedly violated standard condition 7 by failing to report a change in his employment within 72 hours of becoming aware.

On October 21, 2022, this officer contacted the owner of American Janitorial Professionals, LLC. The owner informed the undersigned that Mr. Rowe was no longer employed with his company as of October 14, 2022. According to the employer, the offender "didn't really want to work 8 hours," and they need a full time employee.

It should be noted, the offender made no attempt to notify this officer that he had been terminated from his employment. In fact, on October 20, 2022, Mr. Rowe reported no changes in his employment when he met with the undersigned.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/21/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Rowe, Shaunte Lamar
October 21, 2022
Page 3

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_10/21/2022_____
Date