PROB 12C
(6/16)

Report Date: November 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shaunte Lamar Rowe | Case Number: 0980 2:16CR00034-WFN-2 |
| Address of Offender: ████████ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 56 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 21, 2021) | Prison - 3 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 11, 2021 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: October 10, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/24/2022, 4/11/2022, 4/25/2022 and 10/21/2022.

On October 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On October 28, 2022, Shaunte Rowe allegedly violated special condition number 4 by failing to report for phase urinalysis testing when his assigned color was identified for testing.<br><br>On October 31, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender had failed to report for phase urinalysis testing on October 28, 2022, when his assigned color was identified for testing. |

Prob12C
**Re: Rowe, Shaunte Lamar**
**November 14, 2022**
**Page 2**

| | | |
|---|---|---|
| 16 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On November 3, 2022, Shaunte Rowe allegedly violated special condition number 4 by failing to report for random urinalysis testing as instructed by the assigned probation officer.

On November 3, 2022, this officer contacted Mr. Rowe regarding his failure to report for phase urinalysis testing on October 28, 2022. The offender insisted he had submitted to phase urinalysis testing three times during the month of October, but the undersigned assured him that PHS noted him as failing to report for testing as required.

During that conversation, on November 3, 2022, the offender was instructed to report to the U.S. Probation Office for random urinalysis testing by 2:35 p.m. Mr. Rowe failed to report to the U.S. Probation Office as instructed.

It should be noted, the offender made no attempt to contact this officer, after being instructed to report for random urinalysis testing, until he sent the undersigned a text message after 10 p.m. that evening.

On November 4, 2022, the undersigned attempted to contact Mr. Rowe, but got no answer or response; although he claims he did not receive this officer's call on that day.

17      **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about November 3, 2022, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine.

On November 6, 2022, the undersigned contacted the offender over the weekend, because he failed to report for random urinalysis testing on November 3, 2022. Mr. Rowe was instructed to report to the U.S. Probation Office at 8 a.m. on Monday, November 7, 2022.

On November 7, 2022, the offender reported to the U.S. Probation Office as instructed. Mr. Rowe subsequently admitted to the use of methamphetamine on or about November 3, 2022, and signed an admission of use confirming that use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Rowe, Shaunte Lamar
November 14, 2022
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/14/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/15/2022
Date