PROB 12C
(6/16)

Report Date: January 3, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe   Case Number: 0980 2:16CR00034-WFN-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

Original Offense: Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

Original Sentence: Prison - 56 days;   Type of Supervision: Supervised Release
TSR - 60 months

Revocation Sentence: Prison - 3 months;
(July 21, 2021)   TSR - 48 months

Asst. U.S. Attorney: Caitlin A. Baunsgard   Date Supervision Commenced: October 11, 2021

Defense Attorney: Colin Prince   Date Supervision Expires: October 10, 2025

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/24/2022, 4/11/2022, 4/25/2022, 10/21/2022 and 11/14/2022.

On October 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On December 7, 2022, Shaunte Rowe allegedly violated special condition number 3 by failing to report for his individual drug treatment session as scheduled.

On December 14, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender failed to report for his individual drug treatment session on December 7, 2022, as scheduled.

The undersigned contacted Mr. Rowe on that same date, December 14, 2022, regarding the information received from PHS. The offender adamantly denied that he had missed an individual treatment session, insisting that his next session was scheduled for December 16, 2022.

19 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about December 26, 2022, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine.

On December 29, 2022, after failing to report for his appointment with this officer as scheduled, Mr. Rowe was instructed to report to PHS for random urinalysis and Breathalyzer testing.

As instructed, the offender reported to PHS and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. He subsequently admitted to the use of amphetamine and methamphetamine on or about December 26, 2022, and signed an admission of use form confirming that admission.

Despite the offender's admission of use, the sample was sent to the laboratory for further testing. As of the writing of this report, those results have not yet been received.

20 **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about December 29, 2022, Shaunte Rowe allegedly violated special condition number 5 by consuming alcohol.

On December 29, 2022, after failing to report for his appointment with this officer as scheduled, Mr. Rowe was instructed to report to PHS for random urinalysis and Breathalyzer testing.

As instructed, the offender reported to PHS and provided a breath sample with a blood alcohol content (BAC) of .033%.

Prob12C
Re: Rowe, Shaunte Lamar
January 3, 2023
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/03/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

01/03/2023
Date