PROB 12C
(6/16)

Report Date: January 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shaunte Lamar Rowe | Case Number: 0980 2:16CR00034-WFN-2 |
| Address of Offender: ▬▬▬▬▬▬ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | | |
| Original Sentence: | Prison - 56 days<br>TSR - 60 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 11, 2021 | |
| Defense Attorney: | Colin Prince | Date Supervision Expires: October 10, 2025 | |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 3/24/2022, 4/11/2022, 4/25/2022, 10/21/2022, 11/14/2022 and 1/03/2023.

On October 15, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 21 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about December 29, 2022, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine. |
| | On January 3, 2023, the offender reported to the U.S. Probation Office for his appointment with the undersigned officer as scheduled. Mr. Rowe was subject to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. The offender subsequently admitted to the use of methamphetamine on or about December 29, 2022, and he signed an admission of use form confirming that use. |
| | On that date, Mr. Rowe was also subject to random breathalyzer testing and provided a breath sample with a blood alcohol content of .000%. |

Prob12C
Re: Rowe, Shaunte Lamar
January 13, 2023
Page 2

On January 10, 2023, this officer received verification from the laboratory that the urine sample provided by the offender on January 3, 2023, was in fact positive for both amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/13/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/17/2023
Date