PROB 12C
(6/16)

Report Date: April 12, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe                Case Number: 0980 2:16CR00034-WFN-2

Address of Offender: ███████████████  Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 20, 2018

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 56 days<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>July 22, 2021 | Prison - 3 months<br>TSR - 48 months | |
| Revocation Sentence:<br>January 19, 2023 | Prison - 8 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 3, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 2, 2027 |

### PETITIONING THE COURT

To issue a summons.

On August 3, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**:  On or about February 23, 2024, Shaunte Rowe allegedly violated standard condition number 5 by failing to report a change in his living arrangements. |

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 12, 2024**
**Page 2**

On February 23, 2024, this officer made contact with Mr. Rowe to inform him that the undersigned was en route to his residence to conduct an unscheduled home visit. At that time, the offender advised that he was no longer living at the approved address on file; he stated he had returned to a previously approved residence a few weeks prior, but was unsure of the exact date.

2   **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On or about February 23, 2024, Shaunte Rowe allegedly violated standard condition number 7 by failing to report a change in his employment.

During an unscheduled home visit on February 23, 2024, the offender was asked about his employment. Mr. Rowe subsequently informed this officer that he had been laid off a few weeks prior and thus was no longer employed. When asked how long he had been unemployed, the offender suggested that it had only been a few weeks.

On March 28, 2024, this officer was able to speak with the human resources department of Mr. Rowe's former employer. According to the information received, the offender's last day of work was on January 12, 2024, approximately 1 ½ months before the U.S. Probation Office became aware of a change in his employment status.

3   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about February 21, 2024, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine and marijuana.

Upon concluding an unscheduled home visit on February 23, 2024, the offender was instructed to report to the U.S. Probation Office for random urinalysis testing. When asked if he would be positive for any illicit substances, Mr. Rowe was initially hesitant but admitted to the use of marijuana. After further probing, the offender ultimately admitted to the use of methamphetamine as well, on or about February 21, 2024.

Later that date, on February 23, 2024, Mr. Rowe reported to the U.S. Probation Office as instructed. He was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and marijuana. The offender subsequently signed an admission of use form confirming his illicit drug use on or about February 21, 2024.

Prob12C
Re: Rowe, Shaunte Lamar
April 12, 2024
Page 3

| | | |
|---|---|---|
| 4 | | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about March 24, 2024, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine and marijuana.

On March 25, 2024, Shaunte Rowe was instructed to report to the U.S. Probation Office for random urinalysis testing. Although he initially claimed he was unable to report because he was at "work," the offender ultimately reported as instructed. En route to the probation office, the offender contacted this officer and admitted he would be positive for controlled substances.

As instructed, on March 25, 2024, the offender reported to the U.S. Probation Office. Before submitting to random urinalysis testing, Mr. Rowe admitted to the use of methamphetamine and a "little bit" of marijuana the day prior, on or about March 24, 2024. He signed an admission of use form confirming that use.

| | | |
|---|---|---|
| 5 | | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On or about March 25, 2024, Shaunte Rowe allegedly violated special condition number 5 by consuming alcohol.

On March 25, 2024, the offender reported to the U.S. Probation Office and was subject to random urinalysis testing. While there, Mr. Rowe was also subject to random Breathalyzer testing and provided a breath sample with a blood alcohol content (BAC) of .02.

When confronted with the Breathalyzer results, the offender admitted to consuming alcohol approximately 20 minutes prior "due to stress." Mr. Rowe stated he did not disclose his alcohol use because he did not believe that his use would be revealed during testing; he subsequently admitted to the use of alcohol on or about March 25, 2024, and signed an admission of use form confirming that use.

| | | |
|---|---|---|
| 6 | | **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  On or about April 1, 2024, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine.

On April 1, 2024, the offender was subject to random urinalysis testing as an element of his updated drug assessment with Spokane Addiction Recovery Centers (SPARC).

On April 9, 2024, this officer received notification from SPARC that the urine sample provided by Mr. Rowe, on April 1, 2024, was confirmed by a laboratory to be positive for methamphetamine and amphetamine.

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 12, 2024**
**Page 4**

7    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about April 1, 2024, Shaunte Rowe allegedly violated special condition number 5 by consuming alcohol.

On April 1, 2024, the offender was subject to random urinalysis testing as an element of his updated drug assessment with SPARC.

On April 9, 2024, this officer received notification from SPARC that the urine sample provided by Mr. Rowe, on April 1, 2024, was confirmed by a laboratory to be positive for ethyl glucuronide and ethyl sulfate, which is indicative of alcohol consumption.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/12/2024

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

4/12/2024
Date