PROB 12C
(6/16)

Report Date:  April 17, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shaunte Lamar Rowe          Case Number: 0980 2:16CR00034-TOR-2

Address of Offender: ███████████ Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 20, 2018

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 56 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 3, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 2, 2027 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/12/2024.

On August 3, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4:**  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about April 16, 2024, Shaunte Rowe allegedly violated special condition number 4 by tampering with the sweat patch that was applied to monitor his substance use.

On April 5, 2024, the individual under supervision was outfitted with a sweat patch in an effort to monitor his use of controlled substances.  When notified that this officer would be applying a sweat patch, Mr. Rowe became very upset and insisted that he had heard from others that the sweat patches had a tendency to report incorrectly.  Concerned by his

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 17, 2024**
**Page 2**

statements, this officer applied an additional layer of adhesive to secure the sweat patch.

On April 16, 2024, Mr. Rowe reported to the U.S. Probation Office (USPO) to have the sweat patch removed.  The probation officer he met with immediately suspected that the patch had been tampered with.  The offender claimed that he had peeled back the adhesive covering to "adjust the white patch", which he was not authorized to do.

Shortly thereafter, on April 16, 2024, the assigned probation officer was able to speak with the offender.  He ultimately admitted to tampering with the sweat patch because he had considered throwing the patch away knowing that once tested, the sweat patch would be positive for illicit substances.

9    **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about April 12, 2024, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine.

On April 16, 2024, once the USPO suspected Mr. Rowe had tampered with the sweat patch he had been outfitted with, the offender was asked when he had last used any controlled substances; he claimed that he had last consumed methamphetamine on or about April 2, 2024, and signed an admission of use form confirming that admission.

Because of concerns that the sweat patch would not yield accurate test results after being tampered with, the individual under supervision was then subject to random urinalysis testing. He provided a urine sample that was presumptive positive for methamphetamine and amphetamine. Despite his previous claims, Mr. Rowe admitted to the use of methamphetamine on or about April 12, 2024, and signed another admission of use form.

10    **Special Condition #5**:  You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On or about April 16, 2024, Shaunte Rowe allegedly violated special condition number 5 by consuming alcohol.

During a visit at the probation office on April 16, 2024, the offender was subject to random Breathalyzer testing and provided a breath sample with a blood alcohol content (BAC) of .057.  When confronted about his alcohol consumption, Mr. Rowe claimed that he consumed some beer before reporting to the probation office for his appointment, which was scheduled approximately a day in advance.

Prob12C
**Re: Rowe, Shaunte Lamar**
**April 17, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/17/2024

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

April 17, 2024

Date