PROB 12C
(6/16)

Report Date: June 20, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2024

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| Name of Offender: Shaunte Lamar Rowe | | Case Number: 0980 2:16CR00034-TOR-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99202 | | |
| Name of Sentencing Judicial Officer: | The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Name of Supervising Judicial Officer: | The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: June 20, 2018 | | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 56 days; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 19, 2023) | Prison - 8 months; TSR - 48 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 3, 2023 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: August 2, 2027 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/12/2024 and 4/17/2024.

On August 3, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Rowe, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about June 16, 2024, Shaunte Rowe allegedly violated special condition number 4 by consuming methamphetamine. |

Prob12C
Re: Rowe, Shaunte Lamar
June 20, 2024
Page 2

On June 18, 2024, the offender was instructed to report to the U.S. Probation Office (USPO) for random urinalysis testing by 3:30 p.m. on that date. Initially, Mr. Rowe suggested that he was unable to report because he had his children, and this officer assured him that it would not be an issue for him to bring his children with him; he then claimed that he did not have car seats to properly transport his children.

Later that same date, on June 18, 2024, the individual under supervision sent this officer a text message at 3:40 p.m. advising that he was on his way to the USPO. The undersigned then sent him a text message asking if his urine sample would be negative and Mr. Rowe responded: "I should be great ma'am."

Mr. Rowe subsequently reported to the USPO at 4:15 p.m., approximately 45 minutes late. He was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and amphetamine. The offender ultimately admitted to the use of methamphetamine on or about June 16, 2024, and he signed an admission of use form confirming that admission.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/20/2024

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

June 20, 2024
Date